# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2024

## NO. 03-24-00434-CV

**Tae Hollenbeck, Appellant**

**v.**

**Cody Villareal, Jackie Villareal, and Donna Adams Morgan, Appellees**

### APPEAL FROM THE 478TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER

This is an appeal from the trial court's ruling denying appellant's motion to recuse. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.